# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  
    ATKINSON, CEDRICK D.

CASE NO.: 05-05785

## TRUSTEE'S NOTICE OF CHANGE OF STATUS

COMES NOW, the undersigned trustee in the above captioned case and states that although the case was previously noticed to parties in interest as a no-asset case, the trustee has discovered assets which may result in a distribution to creditors of the estate.

Therefore, it is required that a notice to file claims should be mailed to all creditors of record.

DATE: 07/20/06

Respectfully submitted,

_____  
Stephen Smith  
Bankruptcy Trustee