UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In Re:

ATKINSON, CEDRICK D.  Case No. 05-05785 JEE
Chapter 7 Case

Debtor(s)

TRUSTEE'S FINAL REPORT OF ADMINISTRATION OF ESTATE,
REPORT OF RECEIPTS AND DISBURSEMENTS, APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES,
AND NOTICE OF PROPOSED DISTRIBUTION

Comes now the Chapter 7 trustee and represents that all property of the estate, except that property claimed exempt by the debtor(s), without objection, or determined by the court as exempt, or which has been specifically abandoned, has been either inventoried, collected and liquidated, or, if scheduled under §521 and not otherwise administered, is abandoned to the debtor pursuant to §554(c) and will be deemed administered under §350 at the time of the closing of this case.

All claims have been examined and objections have been determined. Applications for approval of compensation and expenses of other professional persons have been filed with the Court and served upon the United States Trustee.

1. Unless the trustee previously filed an inventory with the court pursuant to Rule 2015(a)(1), FRBP, the trustee adopts the schedules filed by the debtor as the trustee's inventory.
2. Property of the estate is listed on forms 1 and 2 which are attached hereto as exhibits A and B.
3. The trustee's proposed distribution report is attached hereto as exhibit C.

4. SUMMARY OF FINAL ACCOUNT:

RECEIPTS: $ 6,473.84
DISBURSEMENTS: $ 536.05
BALANCE OF FUNDS ON HANDS: $ 5,937.79

5. COMPUTATION OF COMPENSATION:

Pursuant to 11 U.S.C. §326, compensation is computed as follows:

|  | $ 1,008.05 | 25% of First $5,000 | $ 252.01 |
|---|---|---|---|
| Less | $ -5,000.00 | ($1,250 Maximum) | |
| Balance | $ 0.00 | 10% of Next $45,000 | $ 0.00 |
| Less | $ -45,000.00 | ($4,500 Maximum) | |
| Balance | $ 0.00 | 5% of Next $950,000 | $ 0.00 |
| Less | $ -950,000.00 | ($47,500 Maximum) | |
| Balance | $ 0.00 | 3% of Remaining Balance | $ 0.00 |

(Less compensation already paid) $ 0.00

TOTAL COMPENSATION REQUESTED $ 252.01

6.  TRUSTEE EXPENSES:

| | |
|---|---:|
| Premium on Trustee's bond | $ 0.00 |
| Necessary travel (0 miles @0.0 cents/mile) | $ 0.00 |
| Necessary copies (0 @0.0 cents/copy) | $ 0.00 |
| Postage | $ 0.00 |
| Telephone charges (long distance) | $ 0.00 |
| Clerical/Secretarial staff (0.0 hrs @ $0.00/hr) | $ 0.00 |
| Paralegal Assistance (0.0 hrs @ $0.00/hr) | $ 0.00 |
| Supplies/Stationery | $ 0.00 |
| Distribution Expenses | $ 0.00 |
| Other: (itemized) | $ 0.00 |
| (Less expenses already paid) | $ 0.00 |
| TOTAL EXPENSES REQUESTED | $ 0.00 |

The undersigned trustee of the estate of the above-named debtor(s) certifies to the court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claims as appropriate under the proposed distribution, that the estate has been fully administered, and that the proposed distribution, attached hereto, is proper and consistent with the law and rules of court.

Therefore, the trustee requests that the Final Report and Proposed Distribution be accepted and approved.

WHEREFORE, the trustee requests that this application be approved by this court and that the trustee be granted compensation plus any additional compensation from accrued interest before distribution and reimbursement of expenses. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

I declare under penalty of perjury that this final report and all attachments hereto are true and accurate to the best of my knowledge and belief. In CM/ECF districts, I further declare under the penalty of perjury that prior to filling this report with the court I have received and am retaining an original acknowledgment from the United States Trustee attesting to the review of this Trustee's Final Report and Proposed Distribution.

DATE Jan. 4, 2007            TRUSTEE NAME J. STEPHEN SMITH

SIGNED _____    ADDRESS 5 OLD RIVER PLACE, SUITE 107, JACKSON, MS 39202

### ACKNOWLEDGMENT OF REVIEW BY UNITED STATES TRUSTEE

The trustee's final report in the above styled and numbered case has been reviewed by the United States Trustee.

DATE 2/20/07

R. Michael Bolen
United States Trustee
Region 5, Judicial Districts
of Louisiana and Mississippi

By: _____

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 05-05785 JEE  
**Case Name:** ATKINSON, CEDRICK D.  
**Period Ending:** 01/04/07

**Trustee:** (440020)   J. STEPHEN SMITH  
**Filed (f) or Converted (c):** 10/11/05 (f)  
**§341(a) Meeting Date:** 11/30/05  
**Claims Bar Date:** 10/22/06

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | UNDISCLOSED 2005 TAX REFUND (u) | 6,432.81 | 6,432.81 | | 6,432.81 | FA |
| 2 | CASH | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNT | 20.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1989 PONTIAC GRAND PRIX | 400.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 41.03 | FA |
| 6 | Assets   Totals (Excluding unknown values) | $8,902.81 | $6,432.81 | | $6,473.84 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2008

**Current Projected Date Of Final Report (TFR):** January 4, 2007 (Actual)

Printed: 01/04/2007 02:27 PM    V.8.12

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-05785 JEE | | Trustee: | J. STEPHEN SMITH (440020) |
|---|---|---|---|---|
| Case Name: | ATKINSON, CEDRICK D. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****00-65 - Money Market Account |
| Taxpayer ID #: | 13-7531853 | | Blanket Bond: | $61,334,340.00  (per case limit) |
| Period Ending: | 01/04/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/20/06 | {1} | U.S. TREASURY | UNDISCLOSED 2005 TAX REFUND | 1224-000 | 6,432.81 | | 6,432.81 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2000% | 1270-000 | 1.69 | | 6,434.50 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2000% | 1270-000 | 6.56 | | 6,441.06 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2000% | 1270-000 | 6.57 | | 6,447.63 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2000% | 1270-000 | 6.14 | | 6,453.77 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2000% | 1270-000 | 6.78 | | 6,460.55 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2000% | 1270-000 | 6.37 | | 6,466.92 |
| 12/13/06 | 1001 | EILEEN N. SHAFFER | ATTORNEY FOR TRUSTEE - ORDER 12/13/06 | | | 536.05 | 5,930.87 |
| | | | ATTORNEY FOR TRUSTEE FEES          525.00 | 3210-000 | | | 5,930.87 |
| | | | ATTORNEY FOR TRUSTEE EXPENSES       11.05 | 3220-000 | | | 5,930.87 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2000% | 1270-000 | 5.95 | | 5,936.82 |
| 01/04/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 0.97 | | 5,937.79 |
| 01/04/07 | | To Account #*********0066 | TRANSFER TO CHECKING ACCOUNT | 9999-000 | | ! 5,937.79 | 0.00 |

Subtotals :      $6,473.84      $6,473.84

{} Asset reference(s)          !-Not printed or not transmitted          Printed: 01/04/2007 02:27 PM    V.8.12

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-05785 JEE | Trustee: | J. STEPHEN SMITH (440020) |
| --- | --- | --- | --- |
| Case Name: | ATKINSON, CEDRICK D. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****00-65 - Money Market Account |
| Taxpayer ID #: | 13-7531853 | Blanket Bond: | $61,334,340.00   (per case limit) |
| Period Ending: | 01/04/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 6,473.84 | 6,473.84 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,937.79 | |
| | | | Subtotal | | 6,473.84 | 536.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,473.84 | $536.05 | |

{} Asset reference(s)   !-Not printed or not transmitted                    Printed: 01/04/2007 02:27 PM   V.8.12

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-05785 JEE | | Trustee: | J. STEPHEN SMITH (440020) |
|---|---|---|---|---|
| Case Name: | ATKINSON, CEDRICK D. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****00-66 - Checking Account |
| Taxpayer ID #: | 13-7531853 | | Blanket Bond: | $61,334,340.00 (per case limit) |
| Period Ending: | 01/04/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/07 | | From Account #********0065 | TRANSFER TO CHECKING ACCOUNT | 9999-000 ! | 5,937.79 | | 5,937.79 |

|  |  | Receipts | Disbursements |  |
|---|---|---|---|---|
|  | ACCOUNT TOTALS | 5,937.79 | 0.00 | $5,937.79 |
|  | Less: Bank Transfers | 5,937.79 | 0.00 | |
|  | Subtotal | 0.00 | 0.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | NET Receipts / Disbursements | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****00-65 | 6,473.84 | 536.05 | 0.00 |
| Checking # ***-*****00-66 | 0.00 | 0.00 | 5,937.79 |
| | $6,473.84 | $536.05 | $5,937.79 |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 01/04/2007 02:27 PM     V.8.12

**EXHIBIT C**
**PROPOSED DISTRIBUTION**

DEBTOR(S) NAME: <u>ATKINSON, CEDRICK D.</u>　　　　　　　　　　CASE NO.: <u>05-05785 JEE</u>

<u>CHAPTER 7 ADMINISTRATIVE FEES AND EXPENSES</u> [Section 507(a)(1)]

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
| | Clerk of the Court Costs | U.S. BANKRUPTCY COURT | 220.00 | 0.00 | 220.00 |
| | Trustee Compensation | STEPHEN SMITH | 252.01 | 0.00 | 252.01 |
| | | (TOTAL) | $ 472.01 | $ 0.00 | $ 472.01 |

<u>UNSECURED SURPLUS</u> [Section 726(a)(6)]

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
| N/A | Surplus Estate Funds to Debtor | CEDRICK D. ATKINSON | 4,038.22 | 0.00 | 4,038.22 |
| | | (TOTAL) | $ 4,038.22 | $ 0.00 | $ 4,038.22 |

<u>UNSECURED NON-ESTATE FUNDS</u>

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
| N/A | Non-Estate Funds to Debtor | CEDRICK D. ATKINSON | 1,427.56 | 0.00 | 1,427.56 |
| | | (TOTAL) | $ 1,427.56 | $ 0.00 | $ 1,427.56 |

